# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERPER YENGLEE<br>          **Plaintiff,**<br>v.<br>CYNTHIA LINK, et al.,<br>          **Defendants.** | CIVIL ACTION NO. 19-5352 |

## ORDER

**AND NOW,** this 11th day of May 2021, upon consideration of Defendants' motions to dismiss and the responses and replies thereto, it is hereby **ORDERED** that:

1. The DOC Defendants' Motion to Dismiss [Doc. No. 32] is **GRANTED**. Plaintiff's claims against Tammy Ferguson, Joseph Korszniak, and Cynthia Link are **DISMISSED without prejudice.**

2. The CCS Defendants' Motion to Dismiss [Doc. No. 33] is **GRANTED in part** and **DENIED in part**. Plaintiff's claims against Defendant Correct Care Solutions, Dr. Muhammad Golsorkhi, and Stephen Kaminsky are **DISMISSED without prejudice.** The Motion is otherwise **DENIED**.

It is so **ORDERED.**

                                                  **BY THE COURT:**

                                                  **/s/ Cynthia M. Rufe**

                                                  **CYNTHIA M. RUFE, J.**